UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD ALSTON,<br><br>Plaintiff<br><br>v.<br><br>TOWN OF BROOKLINE, MASSACHUSETTS,<br>BROOKLINE BOARD OF SELECTMEN,<br>BETSY DEWITT,<br>In her Individual and Official Capacities,<br>KENNETH GOLDSTEIN,<br>In his Individual and Official Capacities,<br>NANCY DALY,<br>In her Individual and Official Capacities,<br>JESSE MERMELL,<br>In her Individual and Official Capacities,<br>NEIL WISHINSKY,<br>In his Individual and Official Capacities,<br>BERNARD GREENE,<br>In his Individual and Official Capacities,<br>BEN FRANCO,<br>In his Individual and Official Capacities,<br>NANCY HELLER,<br>In her Individual and Official Capacities,<br>SANDRA DEBOW,<br>In her Individual and Official Capacities,<br>JOSLIN MURPHY,<br>In her Individual and Official Capacities,<br>STANLEY SPIEGEL,<br>In his Individual Capacity,<br>LOCAL 950, INTERNATIONAL ASSOCIATION<br>OF FIREFIGHTERS<br><br>Defendants | CIVIL ACTION: 1:15-CV-13987-GAO |

## GERALD ALSTON'S REQUEST FOR A SCHEDULING CONFERENCE

Gerald Alston respectfully requests that the Court schedule a Local Rule 16.1 conference at its earliest convenience. Gerald Alston filed the original complaint in this matter on December 1, 2015 and amended it on January 26, 2016 to add additional plaintiffs. Pursuant to an order by Judge O'Toole on September 30, 2016, Mr. Alston filed a second amended complaint on October 18, 2016 as the sole plaintiff. All the named defendants filed responses by November 21, 2016.

Respectfully submitted,

GERALD ALSTON

By his attorney,

/s Brooks A. Ames

Brooks A. Ames (BBO #641192)
BROOKLINE JUSTICE LEAGUE, INC.
1309 Beacon Street, 3rd Floor
Brookline, MA 02446
brooksames1@gmail.com
(617) 763-5526

Dated: February 21, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document filed through the ECF system on February 21, 2017 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served on those indicated as non-registered participants.

/s Brooks A. Ames

**LOCAL RULE 7.1 CERTIFICATE**

I certify that I conferred in good faith with counsel for the Town of Brookline defendants, Douglas Louison, in order to resolve the issue presented by this request.

_/s Brooks A. Ames________