UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD ALSTON, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TOWN OF BROOKLINE, )<br>  MASSACHUSETTS et al. )<br>  (Stanley Spiegel) )<br>    Defendants. )<br> ) | Docket No. 1:15-CV-13987-GAO |

**DEFENDANT STANLEY SPIEGEL'S AMENDED FEE PETITION**

Pursuant to the District Court Judge's Order of August 7, 2017 (No. 153) and the Magistrate Judge's Order of August 17, 2017 (No. 157), Stanley Spiegel submits this amended fee petition.[1] On July 25, 2017, Judge O'Toole ordered that Attorney Ames pay Spiegel's fees and expenses incurred after March 8, 2016. (No. 153). Defendant Spiegel therefore petitions the Court to require Attorney Ames to pay fees of $92,760 based on reasonable hourly rates of $500.00 per hour for Attorneys Rosenthal and Duncan, and $300.00 per hour for Attorney Shatz. He also petitions for the payment of costs incurred from that date of $1,424.27, as set out in Exhibit B to the Affidavit of David Duncan.

Attached hereto are the Supplemental Affidavits of Martin Rosenthal (his Second Supplemental one, the first with No. 152), David Duncan, and Naomi Shatz, with full time records from March 9, 2016 to the present in each case, as Exhibits A, B and C, respectively, all supplementing the Affidavits submitted in support of Spiegel's initial Fee Petition (No. 141),

---

1 Spiegel incorporates all prior pleadings he has filed regarding sanctions and attorneys' fees, specifically Nos. 141 (Spiegel's original Fee Petition) and 152 (the unacted-on motion to reply to Attorney Ames' Objections to No. 141, with proposed reply).

including the Affidavit of Attorney David White (No. 141-4), and additionally in the case of Attorney Rosenthal, his First Supplemental Affidavit (No. 152-1, Exhibit A).

Spiegel repeats here that, to the extent that Attorney Ames' financial status and ability to pay the requested fees are factors in determining this Petition, he requests a hearing on those issues.[2]

                                                     STANLEY SPIEGEL

                                                     By his attorneys,

/s/ Martin R. Rosenthal_____
Martin R. Rosenthal (BBO #429360)
martyros@world.std.com
Law Office of Martin R. Rosenthal
65A Atlantic Avenue
Boston, MA 02110
(617) 742-0606

/s/ David Duncan_____
David Duncan (BBO #546121)
dduncan@zalkindlaw.com
Naomi R. Shatz (BBO #677637)
nshatz@zalkindlaw.com
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

---

[2] As to the appropriateness of the amount requested to deter future misconduct, Spiegel repeats here his earlier argument:
> "As to this Court's discretion on the sanctions, please note that in No. 139 at 4 n.6, Defendant Spiegel's Objection To Magistrate Judge's Report/Recommendation (No. 132), the undersigned pointed out 'Attorney Ames' Objections to the Report (No. 138), underscores his refusal to abandon baseless claims in the face of Spiegel's safe harbor warning and two determinations by this Court, making clear that sanctions are both appropriate and necessary to deter him, if not in the instant case, then in future cases.'" (No. 141 at n. 1).

Plaintiff adds that Attorney Ames' obstinate adherence to his frivolous legal position continues even after Judge O'Toole's recent ruling (No. 153). *See* Emma R. Murphy, *Judge dismisses Brookline defendant in Gerald Alston case*, Brookline TAB (Aug. 15, 2017), *available at* http://brookline.wickedlocal.com/news/20170815/judge-dismisses-brookline-defendant-in-gerald-alston-case (last visited Sept. 7, 2017) ("Ames described O'Toole's decision as dangerous. 'What the judge did is give license to Town Meeting members and Advisory [Committee] members to start going through personnel files,' Ames said."). It is clear that only a substantial sanction will have any chance of deterring him from future such frivolous litigation.

Dated: September 7, 2017

## CERTIFICATE OF SERVICE

I certify that this motion was served upon all parties by electronic filing on the above date.

/s/ Naomi Shatz