UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GERALD ALSTON,** *Plaintiff*

**v.**

**TOWN OF BROOKLINE,** *et al., Defendants.*

Civil Action No. 1:15-cv-13987-GAO

**DEFENDANT TOWN OF BROOKLINE'S MOTION FOR COURT ORDER DEEMING PLEADINGS IN SUPPORT OF SUMMARY JUDGMENT AS NON-CONFIDENTIAL**

Defendant the Town of Brookline ("Town") respectfully submits this Motion For Court Order Deeming Pleadings in Support of Summary Judgment As Non-Confidential ("Motion")

The reasons for the motion are set forth in the accompanying Defendant Town of Brookline's Memorandum in Support of Motion for Court Order Deeming Pleadings in Support of Summary Judgment as Non-Confidential.

DEFENDANTS THE TOWN OF BROOKLINE and BOARD OF SELECTMEN
By their attorney:

*/s/ Patricia Correa*
Patricia Correa, BBO # 5460437
Office of Town Counsel
333 Washington St.
Brookline, MA  02445
(617) 730-2190
pcorrea@brooklinema.gov

**CERTIFICATE OF SERVICE**

I, Patricia Correa, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as listed below:

*/s/ Patricia Correa*
Patricia Correa

Dated: April 11, 2019

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

  Undersigned counsel hereby certifies pursuant to Local Rule 7.1(A)(2) that counsel for defendant the Town of Brookline conferred in good faith with counsel for the plaintiff in an effort to resolve and/or narrow the issues related to the above captioned motion.

              */s/ Patricia Correa*
              Patricia Correa

Dated: April 11, 2019