UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD ALSTON,<br>      Plaintiff<br><br>v.<br><br>TOWN OF BROOKLINE, LOCAL 950,<br>INTERNATIONAL ASSOCIATION<br>OF FIREFIGHTERS, et al.,<br>      Defendants | CIVIL ACTION NO.<br>1:15-CV-13987-GAO |

## DEFENDANT LOCAL 950, IAFF'S MOTION FOR SUMMARY JUDGMENT

Defendant Local 950, International Association of Firefighters hereby moves for summary judgment in the above-captioned case. The reasons for the motion are set forth in the accompanying Memorandum of Law in Support of Defendant Local 950's Motion for Summary Judgment, the Defendant Local 950's Statement of Undisputed Material Facts Purusant to Local Rule 56.1, and attached exhibits.

    Respectfully submitted,

    Local 950, International Association of
    Firefighters,
    Defendant,

    By its attorney,

    ___/s/ John M. Becker_____
    John M. Becker, BBO # 566769
    Sandulli Grace, P.C.
    44 School Street, Suite 1100
    Boston, MA 02108
    617-523-2500
    bdecker@sandulligrace.com
    jbecker@sandulligrace.com

Dated: May 10, 2019

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Undersigned counsel hereby certifies pursuant to Local Rul 7.1(a)(2) that counsel for the Defendant Local 950, IAFF has conferred in good faith with counsel for the Plaintiff Gerald Alston in an effort to resolve and/or narrow the issues related to the above-captioned motion for summary judgment.

    /s/ John M. Becker_____
John M. Becker

Dated: May 10, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document filed through the ECF system on May 10, 2019 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served on those indicated as non-registered participants.

  /s/ John M. Becker_____
John M. Becker

Dated: May 10, 2019