# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

GERALD ALSTON
      Plaintiff(s)

v.         CIVIL ACTION NO. 15-13987-GAO

TOWN OF BROOKLINE, MASSACHUSETTS, BROOKLINE BOARD OF SELECTMAN, BETSY DEWITT, KENNETH GOLDSTEIN, NANCY DALY, NEIL WISHINSKY, BERNARD GREENE, BEN FRANCO, NANCY HELLER, SANDRA DEBOW, JOSLIN MURPHY, each of them in his or her individual and official capacity, and LOCAL 950, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS.
      Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE      U.S.D.J.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**In accordance with the Court's Opinions and Orders, dated April 2, 2020, the motion for summary judgment (dkt. no. 390) is GRANTED and judgment shall enter in favor of the Union.**

**The motions of the Town and Town defendants (dkt. no. 365) and the individual defendants (dkt. no. 363) are both GRANTED. Judgment shall be entered in their favor.**

ROBERT M. FARRELL
CLERK OF COURT

Dated: 4/2/2020        By /s/ Paul Lyness
       Deputy Clerk