UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD ALSTON,<br><br>            Plaintiff<br><br>v.<br><br>TOWN OF BROOKLINE, MASSACHUSETTS,<br>BROOKLINE BOARD OF SELECTMEN,<br>BETSY DEWITT,<br>In her Individual and Official Capacities,<br>KENNETH GOLDSTEIN,<br>In his Individual and Official Capacities,<br>NANCY DALY,<br>In her Individual and Official Capacities,<br>NEIL WISHINSKY,<br>In his Individual and Official Capacities,<br>BERNARD GREENE,<br>In his Individual and Official Capacities,<br>BEN FRANCO,<br>In his Individual and Official Capacities,<br>NANCY HELLER,<br>In her Individual and Official Capacities,<br>SANDRA DEBOW,<br>In her Individual and Official Capacities,<br>JOSLIN MURPHY,<br>In her Individual and Official Capacities,<br>STANLEY SPIEGEL,<br>LOCAL 950, INTERNATIONAL ASSOCIATION<br>OF FIREFIGHTERS<br><br>            Defendants | CIVIL ACTION: 1:15-CV-13987-GAO |

## NOTICE OF APPEAL

Notice is hereby given that Gerald Alston, the plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from each and every part of the amended judgment entered in this action on April 7, 2020 (ECF 439) in favor of Local 950, International Association of Firefighters, the Town of Brookline, Massachusetts, the Brookline Board of Selectmen, Betsy DeWitt, Kenneth Goldstein, Nancy Daly, Neil Wishinsky, Bernard Greene, Ben Franco, Nancy Heller, Sandra DeBow, Joslin Murphy, and Stanley Spiegel, from the part of the order entered in this action on March 30, 2018 (ECF No. 207) that rejected the report and recommendation of the magistrate judge regarding claim preclusion, from the order entered in this action on July 5, 2018 (ECF 224) that denied reconsideration of the claim preclusion order, from that part of the order entered in this action on August 20, 2018 (ECF 233) that prohibited plaintiff from deposing John Buchheit, and from the order entered in this action on November 20, 2018 (ECF 296) that denied plaintiff's motion to void three settlement agreements that prohibited voluntary cooperation with plaintiff.

    Respectfully submitted,
    GERALD ALSTON

    By his attorney,

    ___/s Brooks A. Ames_____
    Brooks A. Ames (BBO #641192)
    BROOKLINE JUSTICE LEAGUE, INC.
    1309 Beacon Street, 3rd Floor
    Brookline, MA 02446
    brooksames1@gmail.com
    (617) 763-5526

Dated: April 9, 2020

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing document filed through the ECF system on April 9, 2020 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served on those indicated as non-registered participants.

                                                              /s Brooks A. Ames