# United States Court of Appeals
## For the First Circuit

No. 20-1435

IN RE APPEAL OF BROOKS A. AMES.

GERALD ALSTON,

Plaintiff,

v.

STANLEY SPIEGEL,

Defendant, Appellee.

**JUDGMENT**

Entered: April 6, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's sanctions order of Brooks A. Ames is affirmed. Costs are taxed in favor of Stanley Spiegel.

By the Court:

Maria R. Hamilton, Clerk

cc: Brooks Averell Ames, Patricia Correa, Douglas I. Louison, Joseph Adam Padolsky, David Duncan, Martin R. Rosenthal, Naomi R. Shatz, John Michael Becker, Alan H. Shapiro, Gabriel W. Bell, Noah A. Rabin, John McKirachan Pavlos